# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PHYTOGENX, INC.
d/b/a KLL NUTRITION COMPANY
100 Deefield Lane, Suite 250
Malvern, PA 19355

**DEFENDANTS**
INFINITELABS LLC,
d/b/a INFINITE LABS, LLC
7208 W. Sand Lake Road, Suite 209
Orlando, Florida 43819

(b) County of Residence of First Listed Plaintiff: **Chester**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Orange**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Jonathan A. Cass
Cohen Seglias Pallas Greenhall & Furman
30th South 17th Street, 19th Floor
Philadelphia, PA 19103
Office: (215) 564-1700

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(c)
Brief description of cause:
Breach of Contract/Commercial Collections

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** $369,631.52
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 03/11/2013
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # | AMOUNT MAR 11 2013 | APPLYING IFP | JUDGE | MAG. JUDGE

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Phytogenx, Inc. d/b/a KLL Nutrition Company, 100 Deefield Lane, Suite 250, Malvern, PA 19355

Address of Defendant: Infinitelabs LLC d/b/a Infinte Labs, LLC, 7208 W. Sand Lake Road, Suite 209, Orlando, FL 43819

Place of Accident, Incident or Transaction: Malvern, PA
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒

RELATED CASE, IF ANY:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, Jonathan A. Cass, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: March 11, 2013    Jonathan A. Cass, Esquire    76159
                         Attorney-at-Law              Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____  _____  _____

MAR 11 2013



APPENDIX I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Phytogenx, Inc. d/b/a KLL Nutrition Company | : | CIVIL ACTION |
| v. | : | |
| Infinitelabs LLC d/b/a Infinite Labs, LLC | : | 13    1293 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

| March 11, 2013 | Jonathan A. Cass | Phytogenx, Inc. d/b/a KLL Nutrition Company |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-564-1700 | 215-564-3066 | jcass@cohenseglias.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

MAR 11 2013



$350
PBT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYTOGENX, INC.,<br>d/b/a KLL NUTRITION COMPANY<br>100 Deefield Lane, Suite 250<br>Malvern, PA 19355<br>           Plaintiff,<br><br>         v.<br><br>INFINITELABS LLC,<br>d/b/a INFINITE LABS, LLC<br>7208 W. Sand Lake Road, Suite 209<br>Orlando, Florida 43819<br>           Defendant. | CIVIL ACTION NO.<br><br>13    1293<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, PhytogenX, Inc., d/b/a KLL Nutrition Company, by and through its undersigned counsel, hereby submits this Complaint against defendant, Infinitelabs LLC, d/b/a Infinite Labs, LLC and in support thereof, avers as follows:

### Parties

1. Plaintiff, PhytogenX, Inc., d/b/a KLL Nutrition Company, is a corporation organized under the laws of the Commonwealth of Pennsylvania, with a principal place of business located at 100 Deerfield Lane, Suite 250, Malvern, PA 19355.

2. Defendant, Infinitelabs LLC, d/b/a Infinite Labs, LLC ("Infinite Labs"), is a limited liability company organized under the laws of the State of Florida, and maintains a principal place of business at 7208 W. Sand Lake Road, Orlando, Florida 32819.

3. Based on information and belief, the only member of Infinite Labs is Siamack Alavi, who is a citizen of the State of Florida.

## Jurisdiction and Venue

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(c) based on diversity of citizenship and an amount in controversy which exceeds $75,000.00, exclusive of interest and costs.

5. Venue is proper pursuant to 28 U.S.C. § 1391(a)(1) and/or 1391(a)(2), and the dispute is governed by the law of the Commonwealth of Pennsylvania.

## Background

6. KLL Nutrition Company is a fictitious name owned by PhytogenX, Inc. ("KLL").

7. KLL is in the business of producing and distributing nutrition ingredients and products.

8. Infinite Labs advertises, endorses and distributes ergogenic aids and health supplements through its internet site, infinitelabs.com.

9. Between June 2012 and January 2013, KLL and Infinite Labs entered into a series of agreements in which Infinite Labs purchased certain nutritional-type products and other goods from KLL (collectively as the "Products").

10. After receiving a purchase order or other verbal directive from Infinite Labs for certain Products, KLL would supply the relevant Products to Infinite Labs, and then issue an invoice to Infinite Labs (individually as the "Invoice," collectively as the "Invoice"). (Copies of the relevant Invoices are attached as Exhibit A).

11. At no time relevant did Infinite Labs reject or return any of the Products purchased from KLL.

12. Infinite Labs subsequently failed to remit payment for the Products purchased from KLL in the total amount of $369,631.52, as set forth in the Invoices. (A true and correct of a summary of these unpaid Invoices is attached as Exhibit B).

## COUNT I
## BREACH OF CONTRACT

13. KLL incorporates all of the foregoing paragraphs by reference as if fully set forth at length herein.

14. From June 2012 through January 2013, KLL and Infinite Labs entered into a series of agreements in which Infinite Labs requested, and KLL supplied, certain Products.

15. After supplying the relevant Products, KLL would issue and provide an Invoice to Infinite Labs. *See* Exhibit A.

16. Despite repeated demands, Infinite Labs has failed and/or refused to pay KLL the total amount of $369,631.52 for Products supplied by KLL as set forth in the Invoices. *See* Exhibit B.

17. Infinite Labs' failure to pay is a breach of its agreements with KLL.

18. As a result of Infinite Labs' breach of these agreements, KLL has suffered damages in the amount of $369,631.52.

**WHEREFORE**, KLL requests that this Honorable Court enter judgment in its favor and against Infinite Labs in the amount of at least $369,631.52, together with interest, costs and all other remedies that this Court deems appropriate.

## COUNT II
## QUANTUM MERUIT/UNJUST ENRICHMENT

19. KLL incorporates paragraphs 1 through 12 as if fully set forth at lengthy herein.

20. KLL supplied the Products requested by Infinite Labs with the expectation of receiving compensation and/or remuneration therefore.

21. It would be unjust and inequitable, and would unjustly enrich Infinite Labs having received the benefits of the Products provided by KLL, not to require Infinite Labs to compensate KLL therefore.

22. The price for Products supplied, totaling $369,631.52, is fair and reasonable, and represents the true value of the Products in question.

**WHEREFORE**, KLL requests that this Honorable Court enter judgment in its favor and against Infinite Labs in an amount of at least $369,631.52, together with interest, costs and all other remedies that this court deems appropriate.

## COUNT III
## ACCOUNT STATED

23. KLL incorporates, by reference, all of the foregoing paragraphs as if set forth at length herein.

24. KLL has maintained business records of all accounts past due for Products provided to Infinite Labs without payment. *See* Exhibits A and B.

25. Each Invoice reflecting the Product(s) supplied and the purchase price thereof was supplied to Infinite Labs. *See* Exhibit A.

26. At all times relevant herein, Infinite Labs had the opportunity to reject these accounts or contest their validity, and its failure to do so constitutes implied acceptance of the stated accounts.

27. Infinite Labs' failure to tender payment to KLL on the basis of these accepted accounts constitutes a breach of accounts stated. *See* Exhibit B.

4

**WHEREFORE**, KLL requests that this Honorable Court enter judgment in its favor and against Infinite Labs in an amount of at least $369,631.52, together with costs and all other remedies that this court deems appropriate.

                      **COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

**BY:**   /S *Jonathan A. Cass*
          **Jonathan A. Cass, Esquire**
          **Alexander F. Barth, Esquire**
          *Attorneys for Plaintiff,*
          *PhytogenX, Inc. d/b/a KLL Nutrition Company*
          PA Identification Nos: 76159/91558

          United Plaza, 19th Floor
          30th South 17th Street
          Philadelphia, PA 19103
          Office: (215) 564-1700
          Fax: 267-238-4425
          Email: jcass@cohenseglias.com
                  abarth@ cohenseglias.com

Date:   March 11, 2013

# EXHIBIT A

# Invoice

**KLL Nutrition**
100 Deerfield Lane
Suite 250
Malvern, PA 19355

| Date | Invoice # |
|---|---|
| 12/14/2012 | 2902 |

**Bill To**
Infinite Labs, LLC
PO Box 533736
Orlando, FL 32853

**Ship To**
Unisource Worldwide
7575 Brewster Ave
Philadelphia, PA 19153

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 257 | Net 30 | SK | 12/14/2012 | Truck | Reading, PA | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 2,500 | Whey Delite Cho... | Whey Delite Alpine Chocolate 10 serving<br>6 shipped via UPS to Infinite Labs | ea | 5.00 | 12,500.00 |
| 2,502 | Whey Delite Stra... | Whey Delite Strawberry/White Chocolate 10 serving<br>6 shipped via UPS to Infinite Labs | ea | 5.00 | 12,510.00 |
| 2,500 | Whey Delite Ban... | Whey Delite Banana 10 serving<br>6 shipped via UPS to Infinite Labs | ea | 5.00 | 12,500.00 |
| 2,501 | Whey Delite Pean... | Whey Delite Peanut Butter 10 serving<br>6 shipped via UPS to Infinite Labs | ea | 5.00 | 12,505.00 |

Phone #      Fax #

Thank you for your business.

**Total**      $50,015.00

**KLL Nutrition**
100 Deerfield Lane
Suite 250
Malvern, PA 19355

**Invoice**

| Date | Invoice # |
|---|---|
| 12/28/2012 | 2922 |

| Bill To |
|---|
| Infinite Labs, LLC<br>PO Box 533736<br>Orlando, FL 32853 |

| Ship To |
|---|
| Unisource Worldwide<br>7575 Brewster Ave<br>Philadelphia, PA 19153 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 334 | Net 30 | SK | 12/28/2012 | Truck | Phoenixville | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 1,200 | Glutamine Matrix... | Glutamine Matrix Powder<br>50 serving | ea | 8.43 | 10,116.00 |

kwiktag® 113 103 387

| Phone # | Fax # | Thank you for your business. | Total | $10,116.00 |
|---|---|---|---|---|

# Invoice

**KLL Nutrition**
100 Deerfield Lane
Suite 250
Malvern, PA 19355

| Date | Invoice # |
|---|---|
| 12/28/2012 | 2923 |

**Bill To**
Infinite Labs, LLC
PO Box 533736
Orlando, FL 32853

**Ship To**
Unisource Worldwide
7575 Brewster Ave
Philadelphia, PA 19153

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 334 | Net 30 | SK | 12/28/2012 | Truck | NJ | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 2,604 | Final Form | Final Form | ea | 5.33 | 13,879.32 |

Phone #   Fax #   Thank you for your business.

**Total**   $13,879.32

# Invoice

**KLL Nutrition**
100 Deerfield Lane
Suite 250
Malvern, PA 19355

| Date | Invoice # |
|---|---|
| 12/28/2012 | 2924 |

**Bill To**
Infinite Labs, LLC
PO Box 533736
Orlando, FL 32853

**Ship To**
Produced and in stock at KLL Nutrition

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 246-B | Net 30 | SK | 12/28/2012 | | Phoenixville | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 1,000 | Whey Delite Ban... | Whey Delite Banana 2 lb | ea | 13.65 | 13,650.00 |
| 1,000 | Whey Delite Alpi... | Whey Delite Alpine Chocolate 2 lb | ea | 13.65 | 13,650.00 |
| 1,000 | Whey Delite Stra... | Whey Delite Strawberry/White Chocolate 2 lb | ea | 13.65 | 13,650.00 |
| 2,000 | 1 Gal White PET ... | 1 Gal White PET Jar-1000 jars supplied by customer, balance supplied by KLL Nutrition | ea | 1.04 | 2,080.00 |

| Phone # | Fax # | Thank you for your business. | **Total** | $43,030.00 |
|---|---|---|---|---|

# Invoice

**KLL Nutrition**
100 Deerfield Lane
Suite 250
Malvern, PA 19355

| Date | Invoice # |
|---|---|
| 1/11/2013 | 2934 |

**Bill To**
Infinite Labs, LLC
PO Box 533736
Orlando, FL 32853

**Ship To**
Unisource Worldwide
7575 Brewster Ave
Philadelphia, PA 19153

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 346 | Net 30 | SK | 1/11/2013 | Truck | Phoenixville | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 2,000 | Infinite Pro 100%... | Infinite Pro 100% Whey Chocolate 4.4 lb | ea | 29.53 | 59,060.00 |
| 2,000 | Infinite Pro 100%... | Infinite Pro 100% Whey Vanilla 4.4 lb | ea | 29.53 | 59,060.00 |
| 42 | Pallets - K | Pallets-please note jars for the above job did not come on pallets so we had to purchase seperately | | 13.00 | 546.00 |

| Phone # | Fax # | Thank you for your business. | **Total** | $118,666.00 |
|---|---|---|---|---|
| | | | | |

# Invoice

**KLL Nutrition**

100 Deerfield Lane
Suite 250
Malvern, PA 19355

| Date | Invoice # |
|---|---|
| 1/16/2013 | 2933 |

| Bill To |
|---|
| Infinite Labs, LLC<br>PO Box 533736<br>Orlando, FL 32853 |

| Ship To |
|---|
| Unisource Worldwide<br>7575 Brewster Ave<br>Philadelphia, PA 19153 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 345-A | Net 30 | SK | 1/16/2013 | Truck | Phoenixville | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 1,000 | Mass Gainer Vani... | Mass Gainer Vanilla 6.6 lbs | ea | 19.99 | 19,990.00 |
| 1,000 | Mass Gainer Cho... | Mass Gainer Chocolate 6.6 lbs | ea | 19.99 | 19,990.00 |
| 32 | Pallets - K | Pallets needed for above job. Jars were delivered without pallets and we needed to purchase pallets seperately | | 13.00 | 416.00 |

| Phone # | Fax # | Thank you for your business. | **Total** | $40,396.00 |
|---|---|---|---|---|

# Invoice

**KLL Nutrition**
100 Deerfield Lane
Suite 250
Malvern, PA 19355

| Date | Invoice # |
|---|---|
| 1/29/2013 | 2959 |

| Bill To |
|---|
| Infinite Labs, LLC<br>PO Box 533736<br>Orlando, FL 32853 |

| Ship To |
|---|
| Unisource Worldwide<br>7575 Brewster Ave<br>Philadelphia, PA 19153 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 269 | Net 30 | SK | 1/29/2013 | Truck | PA | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 1,000 | Whey Delite Pean... | Whey Delite Peanut Butter 2 lb | ea | 13.65 | 13,650.00 |
| 1,000 | KLL Nutrition (N... | Jar for above product | | 0.94 | 940.00 |

Phone #  Fax #  Thank you for your business.

**Total** $14,590.00

# Invoice

**KLL Nutrition**
100 Deerfield Lane
Suite 250
Malvern, PA 19355

| Date | Invoice # |
|---|---|
| 1/29/2013 | 2961 |

| Bill To |
|---|
| Infinite Labs, LLC<br>PO Box 533736<br>Orlando, FL 32853 |

| Ship To |
|---|
| Unisource Worldwide<br>7575 Brewster Ave<br>Philadelphia, PA 19153 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 370-1 | Net 30 | SK | 1/29/2013 | Truck | Phoenixville | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 2,004 | 100% Whey Cho... | Infinite Labs 100% Whey Isolate Chocolate 2 lbs | ea | 19.65 | 39,378.60 |
| 2,004 | 100% Isolate Van... | Infinite Labs 100% Whey Isolate Vanilla 2 lbs | ea | 19.65 | 39,378.60 |
| 14 | Pallets - K | Pallets-please note jars for the above job did not come on pallets so we had to purchase seperately | | 13.00 | 182.00 |

Phone #     Fax #     Thank you for your business.

**Total** $78,939.20

# EXHIBIT B

11:45 AM
03/11/13

# PhytogenX, Inc.
## A/R Aging QuickZoom
As of March 11, 2013

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| Infinite Labs, LLC | | | | | | | | | |
| Invoice | 12/14/2012 | 2902 | 257 | Infinite Labs, LLC | Net 30 | 1/13/2013 | KLL Nutri... | 57 | 50,015.00 |
| Invoice | 12/28/2012 | 2922 | 334 | Infinite Labs, LLC | Net 30 | 1/27/2013 | KLL Nutri... | 43 | 10,116.00 |
| Invoice | 12/28/2012 | 2923 | 334 | Infinite Labs, LLC | Net 30 | 1/27/2013 | KLL Nutri... | 43 | 13,879.32 |
| Invoice | 12/28/2012 | 2924 | 246-B | Infinite Labs, LLC | Net 30 | 1/27/2013 | KLL Nutri... | 43 | 43,030.00 |
| Invoice | 1/11/2013 | 2934 | 346 | Infinite Labs, LLC | Net 30 | 2/10/2013 | KLL Nutri... | 29 | 118,666.00 |
| Invoice | 1/16/2013 | 2933 | 345-A | Infinite Labs, LLC | Net 30 | 2/15/2013 | KLL Nutri... | 24 | 40,396.00 |
| Invoice | 1/29/2013 | 2959 | 269 | Infinite Labs, LLC | Net 30 | 2/28/2013 | KLL Nutri... | 11 | 14,590.00 |
| Invoice | 1/29/2013 | 2961 | 370-1 | Infinite Labs, LLC | Net 30 | 2/28/2013 | KLL Nutri... | 11 | 78,939.20 |
| Total Infinite Labs, LLC | | | | | | | | | 369,631.52 |
| TOTAL | | | | | | | | | 369,631.52 |