# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYTOGENX, INC., *doing business as* KLL NUTRITIION CO. *Plaintiff* | : : : | CIVIL ACTION NO. 13-1293 |
| v. | : : : | |
| INFINITELABS LLC, *doing business as* INFINITE LABS, LLC *Defendant* | : : : | |

## O R D E R

**AND NOW**, this 13th day of November 2014, upon notification that the issues between Plaintiff and Defendant have been settled, it is hereby **ORDERED** that all claims against said Defendant are **DISMISSED** with prejudice, without cost, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed.

It is further **ORDERED** that any outstanding motions are **DENIED AS MOOT**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.